ACCEPTED
03-15-00285-CV
6839127
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 9:49:13 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 9:49:13 AM
JEFFREY D. KYLE
Clerk

*via E-Filing*

September 9, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 West 14th Street, Suite 101
Austin, Texas 78701

Re:   No. 03-15-00285-CV, *Volkswagen Group of America, Inc. and Audi of America, Inc. v. John Walker et al.*, in the Third Court of Appeals at Austin, Texas

Dear Mr. Kyle:

Please be advised that I will be on vacation October 9-14, 2015.

Should the Court decide to grant oral argument in this appeal, I respectfully request that it not be set during these dates.

Respectfully Submitted,


/s/ *Kimberly Fuchs*
KIMBERLY FUCHS
State Bar No. 24044140
Chief, Open Records Litigation
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone: (512) 475-4195
Facsimile:  (512) 320-0167
Kimberly.Fuchs@texasattorneygeneral.gov

ATTORNEY FOR DEFENDANT SOAH

cc:   S. Shawn Stephens          *Via Electronic Transmission*
      James P. Sullivan          *Via Electronic Transmission*
      Billy M. Donley            *Via Electronic Transmission*
      Mark E. Smith              *Via Electronic Transmission*
      J. Bruce Bennett           *Via Electronic Transmission*
      Joseph W. Letzer           *Via Electronic Transmission*
      Dent M. Morton             *Via Electronic Transmission*
      William R. Crocker         *Via Electronic Transmission*
      Dennis McKinney            *Via Electronic Transmission*